# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| **ROBERT LEE HOLLEMAN,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CAUSE NO. 3:07-CV-41 AS |
| | ) |
| **ALLAN FINNAN,** | ) |
| | ) |
| Respondent. | ) |

## OPINION AND ORDER

Robert Lee Holleman, a *pro se* prisoner, seeks leave to proceed *in forma pauperis* on appeal. Mr. Holleman has paid $100.00 as an initial partial filing fee and states that he will pay the remainder of the $455.00 filing fee in installments. However, the court must determine if Mr. Holleman is entitled to proceed *in forma pauperis* on appeal. Pursuant to 28 U.S.C. § 1915(a)(3), "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." Substantively, this appeal is not taken in good faith for the reasons stated in this court's order dated February 8, 2007 (docket # 4). Specifically, the sanctions Mr. Holleman attempted to challenge in his petition only resulted in disciplinary segregation. These actions did not lengthen the duration of Mr. Holleman's confinement, and are therefore, not actionable is this habeas corpus proceeding. Mr. Holleman may still proceed with this appeal, but to do so he must pay the remaining $355.00 filing fee in advance.

For the foregoing reasons, the court:

(1) DENIES the motion for leave to proceed on appeal *in forma pauperis* (docket # 16);

(2) GRANTS Robert Lee Holleman to and including June 6, 2007, within which to pay the remaining $355.00 due on the appellate filing fee; and

(3) CAUTIONS Robert Lee Holleman, that if he does not pay this filing fee by that date, this appeal may be dismissed without further notice.

**IT IS SO ORDERED.**

**ENTERED: May 22, 2007.**

                                             **S/ ALLEN SHARP**

                                            **ALLEN SHARP, JUDGE**
                                            **UNITED STATES DISTRICT COURT**